680

**Paul A. PORTER, Administrator, Office of Price Administration, Intervener, Appellant, v. Van WHITE and Doris White, Partners, Doing Business as Van White Pontiac Company.**

**No. 13357.**

Circuit Court of Appeals, Eighth Circuit.

July 22, 1946.

David London, Director, Litigation Division, Office of Price Administration, of Washington, D. C., Robert F. Proctor, Regional Litigation Atty., Office of Price Administration, of Dallas, Tex., and Charles T. Pearson, Dist. Enforcement Atty., Office of Price Administration, of Fayetteville, Ark., for appellant.

A. L. Barber, of Little Rock, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

**William C. RAFERT, Debtor, Appellant, v. FEDERAL FARM MORTGAGE CORPORATION, a Corporation, Secured Creditor.**

**No. 13403.**

Circuit Court of Appeals, Eighth Circuit.

July 22, 1946.

William R. Rafert, pro se.

William W. Graham, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at cost of appellant, on motion of appellee.